# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL HYPES,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>　　　　Defendant. | CV 23-03465-JLS (JPRx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE (Doc. 25)** |

　　Based upon the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 2:23-cv-03465 JLS (JPRx), is dismissed in its entirety as to all defendants with prejudice.

　　IT IS HEREBY FURTHER ORDERED that all dates previously set in this action are hereby vacated and taken off the Court's calendar;

　　IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

　　**IT IS SO ORDERED.**

Dated: October 30, 2023

　　　　　　　　　　　　　　　　　　　　　　／s／ Josephine Staton
　　　　　　　　　　　　　　　　　　　　　　Hon. Josephine L. Staton
　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

1